■ DIANE KOZLOWSKI, Respondent, v ALEXANDER KOZLOWSKI, Appellant. [633 NYS2d 523] —In an action for a divorce and ancillary relief, the defendant husband appeals, as limited by his brief, from stated portions of a judgment of the Supreme Court, Kings County (Rigler, J.), dated June 10, 1993, which, after a nonjury trial, *inter alia,* granted the plaintiff wife a divorce on the ground of cruel and inhuman treatment and awarded her 100% of the marital residence.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The trial court's finding that the wife is entitled to a divorce from the husband on the grounds of cruel and inhuman treatment is supported by the record and we see no reason to disturb its determination *(see, Mahlab v Mahlab,* 143 AD2d 116).

In addition, the trial court properly distributed 100% of the parties' interest in the marital residence to the wife. The bulk of the funds used in purchasing the parties' interest in the house was the wife's separate property *(see,* Domestic Relations Law § 236 [B] [1] [d] [2]). The record also indicates that the husband has a history of dissipating assets by gambling. Based upon the husband's minimal contribution to the purchase and maintenance of the house, as well as his dissipation of the parties' assets *(see,* Domestic Relations Law § 236 [B] [5] [d] [11]), the trial court's equitable distribution award was proper *(see, Mahlab v Mahlab, supra).*

The husband's remaining contentions are without merit. Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.